IN RE CHRISTOPHER VALENZUELA

07-00-0522-CV

IN THE COURT OF APPEALS FOR THE

SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 8, 2000

_______________________________

IN RE CHRISTOPHER VALENZUELA

_______________________________

ORIGINAL PROCEEDING

_______________________________

Before QUINN and REAVIS and JOHNSON, JJ.

Christopher Valenzuela petitions the court for a writ of habeas corpus.  We deny the petition without prejudice for the following reasons.

First, the applicable rule required Valenzuela to attach a certified or sworn copy of the order or any other document showing the matter complained of.  
Tex. R. App. Proc.
 52.3(j)(1)(A).  So too was he obligated to provide proof that he is being restrained.  
Id.
 at 52.3(j)(1)(D).  No such order, document, or proof accompanied the petition.

Second, the petition must also contain a statement of the case, a statement of jurisdiction, a statement of facts, and argument containing citation to authority and to the record or appendix.  
Id
. at Rule 52.3.  These too were omitted from the petition.

Accordingly, for the reasons stated, we deny the petition for a writ of habeas corpus without prejudice.

Per Curiam

Do not publish.